# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00139-CV

**Munters Euroform GmbH and Munters Corporation, Appellants**

**v.**

**AAF-McQuay, Inc. and AAF Ltd., Appellees**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 02-1232-A, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On April 10, 2006, the trial court clerk informed this Court that the parties to this appeal had settled their dispute and would be filing a motion to dismiss. This Court verified that information by a telephone call to appellants' attorney on May 25. Appellants have since filed a letter stating that they do not intend to pursue their appeal. We therefore dismiss the appeal in accordance with appellants' wishes. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   August 25, 2006